WO

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, ) | |
| Plaintiff, ) | |
| ) | CR 08-212 TUC DCB |
| v. ) | |
| ) | **O R D E R** |
| Richard Renzi, James Sandlin, Andrew Beardall, ) | |
| and Dwayne Lequire, ) | |
| Defendants, ) | |

On April 16, 2010, the Honorable Bernardo P. Velasco, United States Magistrate Judge, filed a Report and Recommendation (R&R) pertaining to Defendant Beardall's motion to incorporate portions of Defendant Renzi's motion to suppress illegal wiretap evidence and for a *Franks* hearing. (R&R (doc. 627) (Motion to Suppress (doc. 114)). The R&R also pertained to the oral motion made by Defendant Beardall to join in Defendant's suppression motion in its entirety. Magistrate Judge Velasco recommended denying the motion to suppress in respect to Defendant Beardall because he has no privacy interest in Defendant Renzi's attorney-client privilege. Defendant Beardall has no standing to join in Renzi's motion to suppress the wiretap evidence.

The parties were sent copies of the R&R and instructed that, pursuant to 28 U.S.C. § 636(b), they had 14 days to file written objections to the R&R. *See also,* Federal Rule of Criminal Procedure 59(b) (party objecting to the recommended disposition has fourteen (14) days to file specific, written objections). To date, no objections have been filed.

Pursuant to 28 U.S.C. § 636(b), this Court makes a *de novo* determination as to those portions of the R&R to which there are objections. 28 U.S.C. § 636(b)(1)(C) ("A judge of the

court shall make a *de novo* determination of those portions of the report or specified proposed findings and recommendations to which objection is made.")  To the extent that no objection has been made, arguments to the contrary have been waived. *McCall v. Andrus*, 628 F.2d 1185, 1187 (9th Cir. 1980) (failure to object to Magistrate's report waives right to do so on appeal); *see also*, Advisory Committee Notes to Fed. R. Civ. P. 72 (citing *Campbell v. United States Dist. Court*, 501 F.2d 196, 206 (9th Cir. 1974) (when no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation).

The Court considers the R&R to be thorough and well-reasoned; it is neither clearly erroneous nor contrary to law. *United States v. Remsing*, 874 F.2d 614, 617-618 (9th Cir. 1989).  It shall, therefore, be accepted pursuant to 28 U.S.C. § 636(b)(1). The Court adopts it, and for the reasons stated in the R&R, the Court denies Defendant Beardall's motion to suppress unlawfully obtained wiretap evidence and for a *Franks* hearing, and his oral motion to join in Defendant Renzi's Motion to Suppress in its entirety.

**Accordingly,**

**IT IS ORDERED** that the Report and Recommendation (doc. # 627) is adopted as the opinion of the Court.

**IT IS FURTHER ORDERED** that the motion (doc. 114) to incorporate the portion of Defendant Renzi's motion to suppress wiretap[1] evidence is DENIED.

**IT IS FURTHER ORDERED** that the oral motion to join in Defendant Renzi's motion to suppress wiretap evidence is DENIED AS MOOT.

/////
/////
/////
/////

---

[1] Defendant Renzi's Motion to Suppress is document number 88.

1     **IT IS FURTHER ORDERED** that this matter remains referred to Magistrate Judge
2 Velasco for all pretrial proceedings and Report and Recommendation in accordance with the
3 provisions of 28 U.S.C. § 636(b). Fed. R. Crim. P. 59(b), and LR Civ. 72.1(a), Rules of Practice
4 for the United States District Court, District of Arizona (Local Rules).

    DATED this 13th day of May, 2010.

                                            David C. Bury
                                        United States District Judge